# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ALLRED, an individual, | **CASE NO.:** 3:18-cv-00422-LRH-CBC |
| Plaintiff, | |
| vs. | **STIPULATION TO SET ASIDE DEFAULT** |
| DARK HORSE TRANSPORT, LLC., a Nevada Limited Liability Company; ANGEL HELSLEY, an individual; JEREMY YINGLING, an individual; and DOES 1 through 100, inclusive, | **AND ORDER THEREON** |
| Defendants. | |

COMES NOW, Plaintiff JOSEPH ALLRED, by and through his attorney of record, Kozak & Associates, LLC, and DEFENDANTS DARK HORSE TRANSPORT, LLC., ANGEL HELSLEY and JEREMY YINGLING, by and through their attorney of record, Alling & Jillson Ltd., and hereby stipulate as follows:

1. The Clerk's Default entered on October 2, 2018, is hereby set aside.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

2. Defendant's shall have to and until October 23, 2018, to file their answer or other responsive pleading.

| | |
|---|---|
| Dated: October 8th, 2018 | Dated October 4th, 2018 |
| KOZAK & ASSOCIATES, LLC. | ALLING & JILLSON, LTD. |
| By: /s/ *Charles R. Kozak* <br> CHARLES R. KOZAK, Esq., # 11179 <br> Attorney for Plaintiff <br> 3100 Mill Street, Suite 115 <br> Reno, NV 89502 <br> Ph.(775)-322-1239 <br> chuck@kozaklawfirm.com | By: /s/ *James R. Hales* <br> JAMES R. HALES, ESQ., #2716 <br> Attorneys for Defendants <br> 276 Kingsbury Grade, Suite 2000 <br> Post Office Box 3390 <br> Lake Tahoe NV 89449-3390 <br> Ph. (775) 588-6676 <br> jhales@ajattorneys.com |

**O R D E R**

IT IS SO ORDERED.

DATED this 16th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE