CHARLES R. KOZAK, ESQ.
Nevada State Bar No. 11179
chuck@kozaklawfirm.com
KOZAK & ASSOCIATES, LLC.
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone: (775) 322-1239;
Facsimile: (775) 800-1767
*Attorney for Plaintiff Joseph Allred*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ALLRED, an individual<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DARK HORSE TRANSPORT, LLC.,<br>a Nevada Limited Liability Company;<br>ANGEL HELSLEY, an individual;<br>JEREMY YINGLING, an individual;<br>and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.:   3:18-cv-00422-LRH-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOSEPH ALLRED and Defendants DARK HORSE TRANSPORT, LLC., ANGEL HELSLEY, and JEREMY YINGLING, by and through their respective counsel of record, that the Plaintiff shall have an extension of time to file his Response to Defendants' Motion to Compel Discovery and For Sanctions or up to and including March 6, 2019.

///

///

///

///

1

DATED this 20th day of February 2019.

KOZAK & ASSOCIATES, LLC.

By:/s/ Charles R. Kozak, Esq.
CHALRES R. KOZAK, ESQ.
Nevada Bar No. 11179
3100 Mill Street, Suite 115
Reno, Nevada 89502
Tel: 775-322-1239
Fax: 775-800-1767
E-mail: Chuck@KozakLawFirm.com
*Attorney for Plaintiff*

DATED this 20th day of February 2019.

ALLING & JILLSON, LTD.

By:/s/ James R. Hales, Esq.
JAMES R. HALES, ESQ.
Nevada State Bar Number 2716
Alling & Jillson, Ltd.
276 Kingsbury Grade, Suite 2000
PO Box 3390
Lake Tahoe, Nevada 89449-3390
Tel: 775-588-6676
Fax: 775-588-4970
Email: jhales@ajattorneys.com
*Counsel for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of February 2019.

_____
United States Magistrate Judge

Respectfully submitted,

Kozak & Associates, LLC.

By: /s/ Charles R. Kozak
Charles R. Kozak, Esq.
(SBN 11179)
3100 Mill St., Ste 115
Reno, NV 89502
*Attorney for Plaintiff*

2